D. Keith HEFLIN, Plaintiff–Appellant,

v.

COLEMAN MUSIC AND ENTERTAIN-MENT, LLC and Gary B. Coleman, Jr., Defendants–Appellees.

No. 2012–1287.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2012.

John F. Triggs, Waddey & Patterson, P.C., of Nashville, TN, argued for plaintiff-appellant. With him on the brief were Mark J. Patterson and Paul Ney. Of counsel on the brief was John B. Mumford, Jr., Hancock, Daniel, Johnson & Nagle, P.C., of Glen Allen, VA.

Elizabeth G. Borland, Smith, Gambrell & Russell, LLP, of Atlanta, GA, argued for defendants-appellees. With her on the brief was Dale Lischer.

LOURIE, MOORE, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.